# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159815

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

EDWARD JAMES TYSON,
      Plaintiff-Appellant,

v

                                SC:  159815
                                COA:  346595

DAVID CLARENCE DAWKINS and
UNTHANK, LLC, d/b/a B.S. & Co.,
      Defendants-Appellees.

                                Cheboygan CC:  17-008628-NO

_____/

      On order of the Court, the application for leave to appeal the May 22, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2019                  

s1204                                           Clerk